IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARY ANN (SHAW) NAWROCKI,

                Plaintiff,

v.                                                   ORDER

VICKY KUTZ and CITY OF MADISON              18-cv-846-jdp
COMMUNITY DEVELOPMENT AUTHORITY,

                Defendants.

---

The court previously granted defendants' motion to compel plaintiff Mary Ann Nawrocki's deposition testimony after she failed to appear for a deposition by videoconference. *See* Dkt. 39. The court warned Nawrocki that it would likely dismiss the case if she failed to work with defendants to appear for a deposition. *Id.* Defendants followed with a motion to dismiss, stating that Nawrocki would not communicate with them about the deposition. Dkt. 41. The court gave Nawrocki until July 16, 2020, to respond to defendants' motion to dismiss. Dkt. 45. But Nawrocki did not respond. Because Nawrocki has failed to comply with this court's discovery order and because she apparently has abandoned the case by failing to respond to defendants' motion to dismiss, I will grant defendants' motion and I will dismiss this case with prejudice.

ORDER

IT IS ORDERED that:

1. Defendants' motion to dismiss the case, Dkt. 41, is GRANTED. This case is DISMISSED with prejudice.

2. The clerk of court is directed to enter judgment in defendants' favor and close the case.

Entered July 28, 2020.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge