# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Maryann Nawrocki

        Plaintiff                              NOTICE OF APPEAL

                                           Case No. 18-cv-846-jdp

v.

        Defendant

Community Development Authority [CDA]

Notice is given that the plaintiff/defendant, Maryann Nawrocki, appeal to the United States of Appeal for the Seventh Circuit, from the final judgement entered in this action on 06/16/20, Dated and signed this December 2, 2020

and any date thereafter. This appeal letter is retroactive [Back dated] for any DENIALS in PAST or the FUTURE.

The CDA in Madison, Wisconsin, violated the FAIR HOUSING ACT. 42 U.S C. 3601.

_____
Signature

600 North Washington Apt 122

_____

Jacksonville, Florida 32202

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Maryann (Shaw) Nawrocki                                                                     Page 1 of 1

12/07/2020

Nawrocki -vs- CDA

CASE NO. 18-CV-846-JDP

*This lawsuit is against the CDA, in Madison, Wisconsin, NOT -Vicky Kutz, Vicky Kutz, may have been the messenger, but the CDA, is the FELON. This is how the State of Wisconsin, SUPPRESSES my lawsuits. Manipulation of the system. The CDA, of Madison, Wisconsin, realize I was in litigation with the State of Wisconsin, so they denied me my Housing Voucher. A bold blatant violation of the FAIR HOUSING ACT, STATUE 42 U. S. C 3601. Vicky Kutz, is a pawn, in the state's race discrimination schemes, to deny me housing.*

*THE CDA DENIED ME A HOUSING VOUCHER, A RETALIATORY SUPPRESSIVE ACTION BY THE STATE OF WISCONSIN. BECAUSE I M IN LITIGATION WITH THE STATE OF WISCONSIN. UNETHICAL, UNPROFESSIONAL BEHAVIOR AND CONDUCT, BY THE CDA. TO DENY ME HOUSING.*

COMMENTARY ON THE HOUSING DENIAL FROM THE STATE OF WISCONSIN, A VIOLATION OF THE FAIR HOUSING ACT.

I applied for the "Section -8 Program. I do not remember the date. But I applied, and I won the lottery to receive my housing voucher. I followed the information, provided in the letter I received form the community development Authority. I waited to receive the additional

information in the mail. I waited, and I waited. But I did not receive any more instruction form the Community Development Authority. I finally became weary of waiting. Because I sustained permanent damaged from a work-place injury, and I could not work, I really needed housing. I went to the Community Development Authority, I spoke with two Women at the front desk. They were unfriendly, unwelcoming, as soon as I provided them with my name. I asked the one lady about my housing application, she stated she didn't know about my application. She walked back to the back of the office to speak with an individual. Vicky Kutz, came from the back of the

*[**THE CDA- VIOLATED THE FAIR HOUSING ACT, STATUTE 42 U.S.C. 3601. Violated the Fair Housing Act, 42 U.S.C. 3601-19. Title Vl of the Civil Rights Act of 1964, 42 U.S.C. 2000d-1.** Section 504 0f the Rehabilitation Act of 1973. The People with disability Act 1990, 42 U.S.C. 12181-12189.]*

office to speak with me. Vicky Kutz, stated to me that she, they (Community Development Authority) sent me a letter in the mail. I asked Vicky Kutz to see a copy of the letter, Vicky Kutz proceeded to state to me, it was an email. I asked to see a copy of the email. Vicky Kutz, or any other employee, never submitted to me a copy of the LETTER or the EMAIL. I continued to call the Community Development Authority, and they CONTINUED to deny me and my phone calls. Vicky Kutz, and the Community Development Authority, in the State of Wisconsin, denied an African Origin individual, housing. A blatant violation of the Fair Housing Act. I have inferred, that the Community Development Authority, because of my last name "Nawrocki,

assumed, I was a CAUCASIAN / WHITE WOMAN. And I have inferred, because there is an investigation into ones' person, that applies for Section 8 Housing, the Community Development Authority, discovered I was in litigation with the state of Wisconsin, they didn't want me living in the State of Wisconsin, therefore they denied me housing. This was a calculated-Intentional-maliciously, vindictive- corroborated scheme, by the state of Wisconsin to deny me housing, the State of Wisconsin, feels that they don't want me living in the State of Wisconsin if I am in litigation with the State. This is retaliation for apprehending, with invisible chains of restrictions-restraints-oppressions and suppressions, to stop an Africa Origin individual, from ENJOYING Life-Liberty-and of course, the pursuit to happiness! Because I am an African American, the State of Wisconsin does not want me to ENJOY these Liberties. Especially comfortable housing in the State of Wisconsin. A state that I am in litigation with, because I sustained permanent damages to my body, by no fault of my own. As I have stated, housing was denied to me as retaliation for me being in litigation with the State of Wisconsin. And it was discovered I was not / am not, a White Woman.

*Maryann Nawrocki*

12/07/2020